U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUN 0 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARY JO AND JAMES BECK | : | DOCKET NO. 2:07 CV 1998 |
| VS. | : | JUDGE MINALDI |
| STATE FARM FIRE & CASUALTY COMPANY ET AL. | : | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this Court concludes that the proposed findings and conclusions are entirely correct; accordingly,

IT IS ORDERED that the plaintiffs' claims be SEVERED and that the claims against the non-diverse defendants be remanded as follows:

1.) The claim against State Farm regarding 4308 Evangeline St. be severed and docketed under a separate Civil Action Number;

2.) The claim against State Farm regarding 1419 N. Greenfield Circle be severed and docketed under a separate Civil Action Number;

3.) The claim against GICA regarding 609 Alamo St., Lake Charles remain docketed under this Civil Action Number;

4.) The claims against LCPIC and the City of Lake Charles be remanded to the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

Lake Charles, Louisiana, this ___6___ day of ___June___, 2008.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE